UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ROBERT W COLLINS  
    MONICA A COLLINS  
    Debtor(s)

Case No. 05-37177

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2005.

2) The plan was confirmed on 11/18/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2006, 01/30/2009, 06/04/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/30/2006, 07/27/2007, 11/07/2008, 09/03/2009.

5) The case was completed on 03/17/2010.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,900.00.

10) Amount of unsecured claims discharged without payment: $19,438.85.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $149,138.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $149,138.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,294.77 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $9,994.77

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADULT PEDIATRIC ORTHOPEDICS | Unsecured | 101.18 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | NA | 1,449.86 | 1,449.86 | 363.96 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 1,303.44 |
| ANTIOCH RESCUE SQUAD | Unsecured | 308.50 | 305.80 | 305.80 | 66.12 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | 13,299.64 | 13,299.64 | 13,299.64 | 13,299.64 | 0.00 |
| BAC HOME LOANS SERVICING | Secured | NA | 103,464.80 | 103,464.80 | 103,464.80 | 0.00 |
| BAGTREE PROFESSIONAL NORTH | Unsecured | 68.35 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 5,299.00 | 5,172.40 | 5,172.40 | 1,298.44 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 548.00 | 548.00 | 548.00 | 137.57 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 365.00 | 1,032.78 | 1,032.78 | 259.26 | 0.00 |
| CHICAGO METRO HAND THERAPY | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 544.53 | NA | NA | 0.00 | 0.00 |
| COLLETTI PHYSICAL THERAPY | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| COMCAST DIGITAL PHONE SVC | Unsecured | 179.99 | NA | NA | 0.00 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED MEDICAL LABS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| CORDELL MEDICAL CENTER | Unsecured | 82.24 | NA | NA | 0.00 | 0.00 |
| CORDELL MEDICAL CENTER | Unsecured | 599.50 | NA | NA | 0.00 | 0.00 |
| EBI LP | Unsecured | 87.34 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 246.85 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 95.49 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 845.50 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 676.22 | NA | NA | 0.00 | 0.00 |
| EYE CARE CENTER OF LAKE COUNT | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCP | Unsecured | 1,919.00 | NA | NA | 0.00 | 0.00 |
| GREENLEAF ORTHOPEDICS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| HAND SURGERY ASSOCIATES | Unsecured | 96.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 221.17 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 19,000.00 | 19,271.18 | 19,271.18 | 4,837.70 | 0.00 |
| KENNETH L JANSON MD | Unsecured | NA | 447.36 | 447.36 | 112.30 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 283.05 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 164.67 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NANCY WALLACE DMD | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 538.20 | NA | NA | 0.00 | 0.00 |
| NW SUBURBAN ANESTHESIA | Unsecured | 52.80 | NA | NA | 0.00 | 0.00 |
| OPEN MRI AT CORPORATE WOODS | Unsecured | 109.80 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 107.19 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ROBERT HOZMAN MD | Unsecured | 313.45 | NA | NA | 0.00 | 0.00 |
| ROLLINS SERVICE BUREAU | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| SARAH WRONG MD | Unsecured | 349.84 | NA | NA | 0.00 | 0.00 |
| THERAPY WORKS | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 54.59 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 394.73 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF ILLINOIS OPTHAMO | Unsecured | 193.66 | NA | NA | 0.00 | 0.00 |
| UROLOGY CONSULTANTS | Unsecured | 477.36 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $103,464.80 | $103,464.80 | $0.00 |
| Mortgage Arrearage | $13,299.64 | $13,299.64 | $0.00 |
| Debt Secured by Vehicle | $14,000.00 | $14,000.00 | $1,303.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$130,764.44** | **$130,764.44** | **$1,303.44** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$28,227.38** | **$7,075.35** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $9,994.77 |
| Disbursements to Creditors | $139,143.23 |
| **TOTAL DISBURSEMENTS** : | **$149,138.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/18/2010       By: /s/ Glenn Stearns
                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)